IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DUKE HEATING OIL, INC.

CHAPTER 11

Debtor(s)

CASE NO.: 1-06-bk-02931

# ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**To the debtor, creditors, and other parties in interest:**

A disclosure statement and plan under chapter 11 of the Bankruptcy Code was filed by LISA M DORAN, ESQUIRE on JUNE 15, 2007

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

1. The hearing to consider approval of the disclosure statement will be held in the Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on AUGUST 6, 2007 at 9:30

2. The following date is fixed for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to the disclosure statement: JULY 31, 2007

3. Within seven (7) days after entry of this order, the disclosure statement and plan shall be distributed in accordance with Federal Rule of Bankruptcy Procedure 3017(a).

4. Requests for copies of the disclosure statement and plan should be directed to Debtor's counsel at the following address:

> LISA M DORAN ESQUIRE
> DORAN NOWALIS AND DORAN
> 69 PUBLIC SQUARE SUITE 700
> WILKES-BARRE, PA 18701

By the Court,

*Mary D. France*
Bankruptcy Judge (SP)

*This document is electronically signed and filed on the same date.*

Date: June 19, 2007

---

Initial requests for a continuance of hearing or telephone conference ( L.B.F. 5071-1, Request to Continue Hearing/Trial with Concurrence) or requests for a telephone conference shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned off upon entering the Courtroom and Chambers.

Photo identification is required upon entering.