UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
:  Case Number 1-06-bk-02931
DUKE HEATING OIL, INC :  Chapter 11
:  JUDGE MARY D. FRANCE
Debtor :

# ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SETTING OBJECTION & VOTING DEADLINES & HEARING DATE ON APPROVAL OF PLAN AND DISCLOSURE STATEMENT

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, **Duke Heating Oil, Inc,** on June 15, 2007, with respect to a plan under Chapter 11 of the Code dated June 2007 ; and the Debtor being a small business as defined in the Bankruptcy Code:

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by the Debtor is conditionally approved.

B. **JULY 31, 2007** is fixed as the last day for filing written acceptances or rejections of the Plan.

C. Within Ten (10) Days after the entry of this order, a copy of this order, the plan, the disclosure statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, U.S. Trustee and other parties in interest in conformity with Rule 3017.1.

D. **AUGUST 6, 2007** is fixed as the hearing date on final approval of the disclosure statement (if a written objection has been timely filed) and for the hearing on confirmation of the plan. The hearing will be held in United States Bankruptcy

Court, Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, PA 17101 at 9:30 a.m.

      E. **JULY 31, 2007** is fixed as the last day for filing and serving written objections to the disclosure statement and/or objection to confirmation of the plan, under Bankruptcy Rule 3017.1 and 3020.

By the Court,

*Mary D. France*
Bankruptcy Judge   (EW)

Dated: June 21, 2007

*This document is electronically signed and filed on the same date.*