UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
:  Case Number 1-06-bk-02931
DUKE HEATING OIL, INC :  Chapter 11
:  JUDGE MARY D. FRANCE
Debtor :

# ORDER CONFIRMING PLAN OF REORGANIZATION
# AND APPROVING DISCLOSURE STATEMENT

The Plan of Reorganization and Disclosure Statement under Chapter 11 of the Bankruptcy Code filed by the Debtor on June 15, 2007 having been transmitted to creditors (with conditional approval of the Disclosure Statement in this small business case granted by the Court on June 21, 2007);

AND after objections were filed to the Plan by the United States of America, Internal Revenue Service and the Pennsylvania Department of Revenue, but these objections have since been resolved by Stipulations entered into between the Debtor and Objectors, and both Stipulations were filed on August 6, 2007;

AND after consideration of the report of voting filed by the Debtor, and on representation of counsel that the requirements of 11 U.S.C. §1129(a) and (b) have been satisfied, and that the Stipulations with the objectors do not materially impact the terms of the Plan or affect the payments to other creditors; it is

ORDERED that the Disclosure Statement is given final approval, and it is

FURTHER ORDERED that the Plan, as supplemented by the Stipulations between the Debtor and the United States and Pennsylvania Department of Revenue, is hereby confirmed subject to the additional terms in those Stipulations.

By the Court,

*Mary D. France*
Bankruptcy Judge    (JDK)

Dated: August 9, 2007

*This document is electronically signed and filed on the same date.*