IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 11
:
DUKE HEATING OIL, INC, : Case No. 1-06-bk-02931
: Judge Mary D. France
Debtor :

# FINAL DECREE

Upon request of the Debtor for a final decree and certification of counsel having been filed, it is

**ORDERED AS FOLLOWS:**

1. Except as provided in 11 U.S.C. §1141(d)(2) and (d)(3), the provisions of the confirmed Plan bind the Debtor, and any creditor of the Debtor whether or not the claim or interest of such creditor is impaired under the Plan and whether or not such creditor has accepted the Plan.

2. Except as otherwise provided in the Plan or the Order confirming the Plan, all property of the estate is vested in the Debtor.

3. Except as provided in the Plan or in the Order confirming the Plan, the property dealt with by the Plan is free and clear of all claims and interests of creditors.

4. Except as provided in 11 U.S.C. §1141(d)(2) and (d)(3), and except as otherwise provided in the Plan or in the Order confirming the Plan, the Debtor is discharged from any debt that arose before the date of the Order confirming the Plan and any debt of a kind specified in 11 U.S.C. §502(g), (h) or (i), whether or not (a) a proof of the claim based on such debt was filed or deemed filed under 11 U.S C. §501; (b) such claim was allowed under 11 U.S.C. §502; or (c) the holder of such claim accepted the Plan.

5. Except as provided in the Plan or in the Order confirming the Plan, all rights and interests of equity security holders provided for by the Plan are terminated.

6. All creditors of, claimants against and persons having or claiming interests of any nature whatsoever in the property and assets of the Debtor are enjoined and stayed from pursuing or attempting to pursue any action, commencing any action or continuing any action, employment of process, or any act against the debtor or its property on account of, or based upon any right, claim, or interest which any such creditor, claimant, stockholder or other person may have had at the date of the filing of the debtor's petition herein under chapter 11 of the Bankruptcy Code, except with respect to claims, rights, or interests arising out of the Plan or orders of this Court.

7. The estate of Duke Heating Oil, Inc is hereby closed.

By the Court,

*Mary D. France*
Bankruptcy Judge     (JDK)

This document is electronically signed and filed on the same date.

Dated: October 11, 2007