LAW OFFICES

## APFELBAUM, APFELBAUM & APFELBAUM

SIDNEY APFELBAUM
JEFFREY APFELBAUM
MICHAEL M. APFELBAUM
BENJAMIN J. APFELBAUM
BRIANNA APFELBAUM KULA
MICHAEL J. KULA

43 SOUTH FIFTH STREET
SUNBURY, PENNSYLVANIA 17801-2896
TELEPHONE: (570) 286-9421
FAX: (570) 286-5349
www.apfelbaumlaw.com

sidney@apfelbaumlaw.com
jeffrey@apfelbaumlaw.com
michael@apfelbaumlaw.com
benjamin@apfelbaumlaw.com
brianna@apfelbaumlaw.com
michael.kula@apfelbaumlaw.com

May 19, 2010

Clerk of the Bankruptcy Court
P.O. Box 908
Harrisburg, PA 17108-0908

**Re: Motion to Enforce Plan of Reorganization in Case No. 1-06-bk-02931**

Dear Clerk of the Bankruptcy Court,

Please accept for filing the enclosed Motion to Enforce Plan of Reorganization in case number 1-06-bk-02931.

The undersigned has completed the ECF training but has not yet received his username and password and therefore is unable to file electronically at this time. Thank you for your cooperation with this paper filing.

Please contact me at (570)286-9421 if you have any questions.

Sincerely,

Michael M. Apfelbaum, Esq.

cc:
Debtor:
Duke Heating Oil, Inc.
P.O. Box 182
Shamokin, PA 17872

Debtor's Attorney:
Lisa M. Doran, Esq.
69 Public Square Ste 700
Wilkes-Barre, PA 18701

scanned