UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUKE HEATING OIL, INC. | : | CASE NO. 1-06-02931 |
| Debtor | : | CHAPTER 11 |
| | : | Judge Mary D. France |

FILED HARRISBURG, PA. 2010 MAY 20 AM 7:44 CLERK U.S. BANKRUPTCY COURT

**CREDITOR LEIGHOW OIL CO., INC.'S MOTION TO ENFORCE PLAN OF REORGANIZATION**

LEIGHOW OIL CO. INC., a creditor of the Debtor in this case, by and through its attorneys, Apfelbaum, Apfelbaum & Apfelbaum, sets forth the following in support of its Motion to Enforce Plan of Reorganization:

1. On June 15, 2007, the Debtor Duke Heating Oil, Inc. submitted its Plan of Reorganization.

2. An Order Confirming Plan of Reorganization and Approving Disclosure Statement was entered by this Honorable Court on August 9, 2007.

3. Pursuant to the Plan of Reorganization, Article X, Retention of Jurisdiction, 10.1(g), this Court has jurisdiction "[t]o determine all controversies, suits and disputes that may arise in connection with the interpretation, enforcement or consummation of the Plan".

4. The Debtor Duke Heating Oil, Inc. has only made one payment pursuant to the Plan, check number 1073, in the amount of $1,636.01, with the memo "1st payment of plan", a true and correct copy of which is attached as Exhibit "A".

5. The Debtor Duke Heating Oil, Inc. has failed to make any further payments to Leighow Oil Co., Inc. as provided for by the plan under Article III, Paragraph 3.5.

6. As of the date of this filing, Duke Heating Oil, Inc. owes Leighow Oil Co., Inc. the amount of $40,098.75 for seventeen (17) months of missed payments under the Plan.

scanned

7. An inquiry made of Debtor's counsel as to the reason for Duke Heating Oil, Inc.'s failure to make payments was not responded to.

8. Instead of making payments under the Plan to Leighow Oil Co., Inc., Debtor Duke Heating Oil, Inc. used its funds to acquire Deibler Fuels and purchase advertising stating that "We recently expanded and acquired Deibler Fuels", see a true and correct copy of which is attached as Exhibit "B".

9. A proposed Order is attached as Exhibit "C".

WHEREFORE, Leighow Oil Co., Inc. respectfully requests that this Honorable Court compel Duke Heating Oil, Inc. to comply with the Plan of Reorganization, make payment of $40,098.75 and additional monthly payments under the Plan, and other such relief as is just and reasonable.

Respectfully Submitted,

APFELBAUM, APFELBAUM & APFELBAUM

BY: ______________________

Michael M. Apfelbaum, Esq.
PA ID# 44707
43 South Fifth St.
Sunbury, PA 17801
570.286.9421

COMMONWEALTH OF PENNSYLVANIA :
SS.
COUNTY OF NORTHUMBERLAND :

Personally appeared before me, a Notary Public, in and for said county and state, GLEN LEIGHOW, as President for Leighow Oil Co., Inc. is a Creditor in the foregoing action, and being authorized so to do, state that the facts as set forth in the foregoing Motion are true and correct to the best of his knowledge, information and belief.

Glen Leighow, President

Sworn to and subscribed

Before me this 19th day

of May,

2010.

NOTØRY PUBLIC

My Commission Expires: 5-20-2012

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Audrey J. Dunkelberger, Notary Public
City of Sunbury, Northumberland County
My Commission Expires May 20, 2012

Case 1:06-bk-02931-MDF Doc 122 Filed 05/20/10 Entered 05/21/10 12:47:04 Desc

Exhibit "A"

Leighow $130620.00

1 11/01/08 $1636.01 – check 1073 #
2 12/01/09 $2358.75 –
3 01/01/09
4 02/01/09
5 03/01/09
6 04/01/09
7 05/01/09
8 06/01/09
9 07/01/09
10 08/01/09
11 09/01/09
12 10/01/09
13 11/01/09
14 12/01/09
15 01/01/10
16 02/01/10
17 03/01/10
18 04/01/10
19 05/01/10
20 06/01/10
21 07/01/10
22 08/01/10
23 09/01/10
24 10/01/10
25 11/01/10
26 12/01/10
27 01/01/11
28 02/01/11
29 03/01/11
30 04/01/11
31 05/01/11
32 06/01/11
33 07/01/11
34 08/01/11
35 09/01/11
36 10/01/11
37 11/01/11
38 12/01/11
39 01/02/12
40 02/01/12
41 03/01/12
42 04/01/12
43 05/01/12
44 06/01/12
45 07/01/12
46 08/01/12
47 09/01/12
48 10/01/12
49 11/01/12
50 12/01/13
51 01/01/13
52 02/01/13
53 03/01/13



Exhibit "B"

years after the first part was launched. Until this year, no more than three people lived up there at a time, although there were as many as six people aboard for short periods when a space tourist would go up with one crew, spend a week or so aboard and come back with another crew.

ning a candlelight vigil Sunday night in Puyallup, Wash.


Christmas Thank You to Our Loyal Customers

**Take 10 cents off**

of our regular price per gallon with this ad.
Become a new customer and receive a special discount.

Call **DUKE HEATING OIL** 648-7150

24 Hour service and same day delivery available of Heating Oil and [illegible]
Expires on Christmas Eve at noon 12/24/09
Gasoline and On Highway Diesel Fuel available 24 hours a day at the pump located off Route 61 in Paxinos.
We recently expanded and acquired Deibler Fuels - Deibler customers may still call 797-2831
Valid on deliveries of 100 gallons or more.
Payment due at delivery. Not valid for LIHEAP Funds.

TRIPS
rate: $35.00
-THURSDAY - SUNDAY
rate: $20.00 plus
credit
WEDNESDAYS - SUNDAYS
rate: $25.00 plus $5.00 food
- 373-1525

**SHAW'S**
MEAT & DELI, INC.
315 N. Shamokin St. 648-3621
Mon-Sat 8am - 7pm • Sun 7am - 12:30pm
Holiday Hours: 12/24 - 6 a.m. - 4 p.m.
Closed - Christmas Day
Reopen - 12/26 - 8 a.m.

Hams $1.99 LB. - WHOLE 15 LB AVG.
Boneless & Skinless CHICKEN BREAST 10 LB. OR MORE $1.59 LB.
Store Made FRESH KIELBASI and Real Wood SMOKED KIELBASI
Fresh Regular GROUND BEEF 10 LB. OR MORE $1.69 LB.
Brown Shrimp
Lobster Tails
King Crab Legs
Chef Tim's Crab Cakes
Tenderloins
Bone-In Prime Ribs
Boneless Prime Ribs
White Turkey Breast $3.99 lb
PARTY TRAYS OUR SPECIALTY
Cold Cut & Cheese
Fresh Fruit
Garlic Minced Bologna

HANCE
GIFT SALE
dreds of Great Gifts
"Killer" Prices!
PM - BE THERE!!
Rt. 61 Atlas
Mt. Carmel

nner is...
a friend..
d to win a prize!
insurance rates!

Exhibit "C"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-06-02931 |
| DUKE HEATING OIL, INC. | : | |
| | : | |
| Debtor | : | CHAPTER 11 |
| | : | |
| | : | Judge Mary D. France |

**PROPOSED ORDER**

AND NOW, this _____ day of ____________________, 2010, upon Consideration of Leighow Oil Co., Inc.'s Motion to Enforce Plan of Reorganization, the Motion is GRANTED and IT IS HEREBY ORDERED:

1. Duke Heating Oil, Inc. shall pay the sum of $40,098.75 to Leighow Oil Co., Inc. for back payments owed under the Plan;
2. Duke Heating Oil, Inc. shall pay the sum of $2,358.75 to Leighow Oil Co., Inc. by the first of each month until the sum of $130,620.00 has been paid pursuant to the Plan.

BY THE COURT:

______________________________
Bankruptcy Judge