# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| **Duke Heating Oil, Inc.** | Chapter: **11** <br> Case Number: **1:06-bk-02931-MDF** |
| * Debtor(s) | |

## ORDER

AND NOW, finding that the fee in the amount of **$ 1000.00** assessed in connection with the filing of the Motion to Reopen, has not been paid, it is hereby

ORDERED that the fee be paid in full on or before **June 1, 2010** or an order may be entered denying this motion for failure to pay the filing fee.

By the Court,

Date: May 25, 2010

*Mary D. France*
Chief Bankruptcy Judge
(GP)

*This document is electronically signed and filed on the same date.*

MDPA-ORDERFEEDUE.WPT - REV 11/08