## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**Duke Heating Oil, Inc.** | Chapter: **11**
Case Number: **1:06-bk-02931-MDF**

* Debtor(s)

# ORDER

AND NOW, finding that the fee in the amount of **$ 1000.00** assessed in connection with the filing of the Motion to Reopen, has not been paid, it is hereby

ORDERED that the fee be paid in full on or before **June 1, 2010** or an order may be entered denying this motion for failure to pay the filing fee.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(GP)

Date: May 25, 2010

*This document is electronically signed and filed on the same date.*

MDPA-ORDERFEEDUE.WPT - REV 11/08

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: GPiemonte         Page 1 of 1              Date Rcvd: May 25, 2010
Case: 06-02931                Form ID: pdf006         Total Noticed: 3
```

The following entities were noticed by first class mail on May 27, 2010.
```
db          +Duke Heating Oil, Inc.,   P O Box 182,   Shamokin, PA 17872-0182
aty         +Michael M. Apfelbaum, Esq,   Apfelbaum, Apfelbaum & Apfelbaum,   43 South Fifth Street,
             Sunbury, PA 17801-2856
smg        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,   PO BOX  21126,   PHILADELPHIA, PA  19114)
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2010**                    **Signature:**    _Joseph Speetjens_