PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

034245  34245 1 AT 0.354  17108  8 4  6518-0-36893
Comm of PA-Dept of Rev
Comp Sect - Bank Div
P O Box 12051
Harrisburg, PA 17108-2051

SAT-26208 0314-1 pdf006 06-02931
Middle District of Pennsylvania
U.S. Bankruptcy Court
Ronald Reagan Federal Building

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT