IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| DUKE HEARING OIL, INC. | : | |
| Debtor | : | CASE NO. 1:06-bk-02931MDF |
| | : | |
| LEIGHOW OIL CO., INC. | : | |
| Movant | : | |

## ORDER WITHDRAWING MOTIONS AND DIRECTING CLERKS OFFICE TO REFUND FILING FEE TO LEIGHOW OIL CO., INC.

Upon request of Leighow Oil Co., Inc., it is hereby:

ORDERED that the Motion to Enforce Plan of Reorganization (#122) and Motion to Reopen Chapter 11 Case (#129) are WITHDRAWN.

IT IS FURTHER ORDERED that the Clerk of Court REFUND the filing fee of $1000.00 for Motion to Reopen, paid on June 7, 2010 at Receipt Number 00626644, to "Apfelbaum Escrow Account" and mail such refund to Apfelbaum, Apfelbaum & Apfelbaum, ATTN: Audrey, 43 South Fifth St., Sunbury, PA 17801.

By the Court,

Date: June 24, 2010

*Mary D. France*
Chief Bankruptcy Judge
(MS)

*This document is electronically signed and filed on the same date.*